

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

Case No.: 4:15-MJ-342

CHRISTOPHER MICHAEL STEWART (01)

## CRIMINAL COMPLAINT

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about August 19, 2015, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Christopher Michael STEWART** did knowingly and intentionally conspire to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §846 (21 U.S.C.§ 841(a) (1) and (b) (1) (B)).

I further state that I am a Deputized Task Force Officer of the Drug Enforcement Administration and that this affidavit is based on my experience and my personal knowledge of the below described case, as well as interviews with and information received from Special Agents and other Task Force Officers assigned to the Fort Worth Resident Office and Officers with other Agencies.

1. On or about August 19, 2015, Officer Chris Lizak of the North Richland Hills Police Department Narcotics Unit provided information to your Affiant that Christopher Michael STEWART was arrested on August 19, 2015 at approximately 2:30 a.m. in Fort Worth, Tarrant County, Texas for possession of approximately 1,157 grams of a substance believed to be methamphetamine, a loaded Glock handgun, scales, packaging equipment and approximately $17,600.00 in U.S. Currency.

2. Officer Lizak stated NRHPD received information that STEWART, who was driving a Dodge pickup, would be delivering an amount of Methamphetamine to 6650 North Beach Street in Fort Worth, Tarrant County, Texas. Members of the NRHPD Narcotics Unit began conducting surveillance at the location and observed an individual later identified as Christopher Michael STEWART in a 2005 Dodge vehicle with Texas license plate GBR6532 driving around the location.

3. Fort Worth Police Department Officer KM Bickley of Zero Tolerance team was contacted and observed STEWART commit several traffic violations including an expired Texas registration. STEWART, the sole occupant of the vehicle was stopped on the traffic violations and fully identified by Officer Bickley. Officer Bickley learned STEWART had a previous drug violation and observed an orange syringe cap in plain view on the seat beside STEWART.

4. Officer Bickley requested consent to search the vehicle but was refused. Officer Bickley contacted a Police Drug detecting K-9 Unit who responded to the scene and conducted a cursory sniff of the exterior of the vehicle. Following a positive alert by a drug detecting K-9, Officers searched the vehicle and located approximately 144 grams of a substance believed to be methamphetamine in the center console of the vehicle. Officers located a loaded Glock handgun, later confirmed stolen, under the front console.

Officers located a backpack in the vehicle containing a large bag with approximately 917 grams of a substance believed to be methamphetamine, along with several small bags containing a total of ninety six (96) grams of methamphetamine, scales and packaging equipment, and approximately $17,600.00 in U.S. Currency. A field test was conducted on the 917 grams of suspected methamphetamine. The substance tested positive for methamphetamine.

5. Although I have not listed all the facts regarding this event, I believe that the facts stated here establish probable cause that the defendant committed a violation of 21 U.S.C. § 846 (21 U.S.C. §§841(a)(1) & (b)(1)(B)), Possession of Methamphetamine with the Intent to Distribute it.

Tim Kasterke
Task Force Officer
Drug Enforcement Agency

Sworn to before me and subscribed in my presence, 20th day of August, at 2:38 a.m./p.m. at Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

Complaint - Page 3 of 3